*ELECTRONICALLY FILED*

COMMONWEALTH OF KENTUCKY
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
LEXINGTON DIVISION
CIVIL ACTION NO. 5:17-cv-477-DCR

UNITED STATES OF AMERICA                                                                 PLAINTIFF

v.        **RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

GREGORY DALE RHINEHEIMER, JR.
AKA GREGORY DALE RHINEHEIMER
AKA GREGORY RHINEHEIMER, ET AL.                                           DEFENDANTS

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Defendant, Kentucky Housing Corporation (hereinafter "KHC") provides this Corporate Disclosure Statement.

1.    KHC is a quasi-governmental entity of the Commonwealth of Kentucky.

/s/STEPHEN R. SOLOMON
GOLDBERG SIMPSON, LLC
STEPHEN R. SOLOMON
MEGAN P. KEANE
9301 Dayflower Street
Prospect, Kentucky 40059
Phone: (502) 585-8551
Fax: (502) 581-1344
*Counsel for Kentucky Housing Corporation*
ssolomon@goldbergsimpson.com
kyoung@goldbergsimpson.com

1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing was served by United States mail, sufficient postage prepaid, this 12th day of December, 2017, upon the following:

George Mason Law Firm, PSC
3070 Lakecrest Circle, Ste 440
Lexington, Kentucky 40513.
*Counsel for Plaintiff*

Gregory Dale Rhineheimer, Jr.
Unknown Spouse of Gregory Dale Rhineheimer, Jr. if any
313 Karen Drive
Nicholasville, Kentucky 40356

Heather Nicole Rhineheimer
201 Orchard Drive, Apt 34
Nicholasville, Kentucky 40356

/s/STEPHEN R. SOLOMON
STEPHEN R. SOLOMON