UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-477-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| GREGORY DALE RHINEHEIMER, JR., et al., | ) ) ) | **ORDER** |
| Defendants. | ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

Attorney Doreen Thompson has been appointed to serve as warning order attorney for Defendant Unknown Spouse of Gregory Dale Rhineheimer, Jr., and has filed her report. [Record No. 16] She has also filed a motion for an award of attorney's fees. [Record No. 17] Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Warning Order Report [Record No. 16] is hereby **ACCEPTED**, and attorney Thompson's motion for an award of fees [Record No. 17] is **GRANTED**.

2. Attorney Thompson is relieved of any further duties as warning order attorney in this action. It is further **ORDERED** that she be allowed an attorney fee of $200.00 and costs in the amount of $25.96.

This 12th day of April, 2018.



- 1 -