UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
(at Lexington)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action No. 5: 17-477-DCR |
| | ) | |
| V. | ) | |
| | ) | |
| GREGORY DALE RHINEHEIMER, JR., et al., | ) | **ORDER** |
| | ) | |
| Defendants. | ) | |

\*\*\* \*\*\* \*\*\* \*\*\*

Attorney James M. Inman has been appointed to serve as warning order attorney for Defendant Heather Nicole Rhineheimer and has filed his report and motion for payment of attorney fees and expenses. [Record No. 19]

Having considered the matter and being sufficiently advised, it is hereby

**ORDERED** as follows:

1. The Warning Order Report [Record No. 19] is **ACCEPTED**, and attorney Inman's motion for an award of fees and reimbursement of expenses [Record No. 19] is **GRANTED**.

2. Attorney Inman is relieved of any further duties as warning order attorney in this action. It is further **ORDERED** that he be allowed an attorney fee of $200.00 and reimbursement of expenses in the amount of $26.28.

This 16th day of April, 2018.



Signed By:
*Danny C. Reeves*  DCR
United States District Judge